

Office of the Clerk
**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**
121 Spear Street
Post Office Box 193939
San Francisco, California 94119-3939



08/12/94
4:16 p.m.

Cathy A. Catterson
Clerk of Court

(415) 744-9800
(FTS) 484-9800

Date 7-26-94

Clerk, District Court

Attn: Appeals Clerk

Enclosed is/are the district court file(s) in the following case(s):

| Title | CA # | DC # | # of volumes |
|---|---|---|---|
| Schwartz v. Church of Scientology | 93-55794 | MISC-29481-R | (1) REC'd 1 OF 1 FOLDER |
| | | NO OTHER | |
| | | NO TRANSCRIPTS | |

Stephanie Acree
Deputy Clerk

ROUTED TO REFILE BIN     RECORDS